**James Lindell MCWHIRT, Appellant,**

v.

**William BURGESS, et al., Respondents.**

**No. WD 71120.**

Missouri Court of Appeals,
Western District.

Nov. 9, 2010.

James L. McWhirt, Appellant pro se, for appellant.

Caroline M. Coulter, Jefferson City, MO, for respondents.

Division One: JAMES M. SMART, JR., P.J., MARK PFEIFFER, and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

James McWhirt appeals the denial of his petition for a writ of mandamus. He claims on appeal that he was erroneously denied jail time credit. The judgment is affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Daniel N. ROGERS, Appellant.**

**No. WD 71597.**

Missouri Court of Appeals,
Western District.

Nov. 9, 2010.

Craig A. Johnston, Assistant State Public Defender, Columbia, MO, for Appellant.

Chris Koster, Attorney General, John W. Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before Division Two: JAMES EDWARD WELSH, Presiding Judge, and MARK D. PFEIFFER and KAREN KING MITCHELL, Judges.

### Order

PER CURIAM:

This is a child molestation case. The issue is whether there was sufficient evidence for the jury to find that the defendant had the purpose of sexually gratifying any person when he touched the victim's genitals. We hold that there was. Therefore, we affirm. Rule 30.25(b).